1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. BOX 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131
   besshelena@earthlink.net
5
   Attorneys for Plaintiff
6

7
              IN THE UNITED STATES DISTRICT COURT
8
              NORTHERN DISTRICT OF CALIFORNIA
9

10 **DAVID DELGUIDICE**          )   **Case No.  CIV-08-3790 CW**
                                 )
11                               )
                                 )
12          **Plaintiff,**       )   **STIPULATION AND ORDER**
                                 )   **EXTENDING PLAINTIFF'S TIME TO**
13 **v.**                        )   **FILE MEMORANDUM IN SUPPORT**
                                 )   **OF SUMMARY JUDGMENT AND**
14 **MICHAEL J. ASTRUE**         )   **DECLARATION**
                                 )
15 **Commissioner of Social Security**  )
   **of the United States of America,**  )
16                               )
              **Defendant.**     )
17                               )
                                 )
   _____)
18

19        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20 permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21 this case is hereby extended from its current due date of January 22, 2009, to March 3, 2009.   This is

22 plaintiff's first request for an extension of time and  is required due to plaintiff's counsel's extremely

23 heavy case load and her scheduled vacation for the week of   January 19, 2009.   *See*, Declaration of

24 Bess M. Brewer set forth below

25

26 / / /

27 / / /

28 / / /

                              1

Dated: January 16, 2009

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff

Dated: January 17, 2009

McGregor W. Scott

United States Attorney

*/s/ Gina Shin*
GINA SHIN

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

## **DECLARATION OF BESS M. BREWER**

**DECLARATION OF BESS M. BREWER**

I, Bess M. Brewer, Declare:

1.      I represent Mr. Delguidice in  Case No.   CIV-08-3790 CW  pending in this court and submit this declaration in support of plaintiff's stipulated request for an extension of time to file his motion for summary judgment.

2.      In addition to my very heavy case load, I will be out of the office January 19, 2009, through January 23, 2009, in Washington D.C.  and will require additional time to complete Mr. Delguidice's Motion for Summary Judgment and Memorandum.

3.      This is my first request for an extension of time to file Mr. Delguidice's  summary judgment and the granting of this stipulated request will not have an appreciable effect on the briefing of this case.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, and that this declaration was executed on January 16, 2009,  in Sacramento, California.

2

1                                         /s/ Bess M. Brewer

2                                    BESS M. BREWER

**ORDER**

APPROVED AND SO ORDERED.

DATED:  1/27/09

_____

HONORABLE CLAUDIA WILKEN