JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
MARK A. WIN, SBN CA 206077
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAVID DELGUIDICE, ) <br> ) <br>     Plaintiff, ) <br> ) <br>     v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social Security, ) <br> ) <br> ) <br>     Defendant. ) <br> _____ ) | CIVIL NO. 4:08-CV-03790 CW <br><br> STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of time, up to and including June 8, 2009, to file a response to Plaintiff's Motion for Summary Judgment.  This extension is necessary because the departure of Defendant's originally assigned attorney necessitated reassignment of the case, which inadvertently resulted in the currently assigned attorney not being aware of Plaintiff's Motion for Summary Judgment when it was filed on March 4, 2009.

Dated:  May 6, 2009                /s/ *Bess M. Brewer*
                                                *(As authorized via telephone on May 6 , 2009)*
                                                BESS M. BREWER
                                                Attorney for Plaintiff

|  |  |
|---|---|
|  | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| Dated:  May 6, 2009 | /s/ *Mark A. Win*<br>MARK A. WIN<br>Special Assistant United States Attorney |

PURSUANT TO STIPULATION, IT IS SO ORDERED that defendant Commissioner of Social Security shall have up to and including June 8, 2009 to file a response to Plaintiff's Motion for Summary Judgment.

   5/8/09

Dated:  _____     _____

                                                      CLAUDIA WILKEN<br>                                                      United States District Judge