JOSEPH P. RUSSONIELLO, SBN CA 44332
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX,
Social Security Administration
MARK A. WIN, SBN CA 206077
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8980
    Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID DELGUIDICE,<br><br>               Plaintiff,<br><br>        5.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>               Defendant. | CIVIL NO. 4:08-CV-03790-CW<br><br>ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES<br>PURSUANT TO      28 U.S.C. § 2412(d) |

    Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of FIVE THOUSAND FIVE HUNDRED dollars ($5,500.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: 3/26/2010
                                  */s/ Claudia Wilken*
                      HONORABLE CLAUDIA WILKEN
                      UNITED STATES DISTRICT JUDGE